IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-21086
_____


UNITED STATES OF AMERICA

                    Plaintiff - Appellee

     v.

ALEJANDRO BETANCOURT-SANCHEZ

                    Defendant - Appellant


                    ----------------------
        Appeal from the United States District Court for the
                Southern District of Texas, Houston
                    ----------------------
                        November 21, 2001

Before WIENER, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

          IT IS ORDERED that appellant's unopposed motion

for recall of the mandate is GRANTED.

          IT IS FURTHER ORDERED that appellant's unopposed

motion to vacate the District Court's sentence is GRANTED.

          IT IS FURTHER ORDERED that appellant's unopposed

motion to remand the case for resentencing is GRANTED.

---

          [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.